IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **A.B.**, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) Civil Case No.: 19-0598-CJN |
| **UNITED STATES DEPARTMENT OF JUSTICE,** | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

## JOINT STATUS REPORT

The parties conferred and respectfully submit the following status report in the above-captioned matter, pursuant to the Court's January 28, 2020 Minute Order.

The parties met and conferred on the exemptions in Defendant's document production. Plaintiff provided a list of disputed exemptions to Defendant. Plaintiff agreed not to litigate some exemptions and has indicated their decision not to challenge Defendant's search. Defendant did not agree to withdraw the remaining asserted exemptions. Pursuant to the parties' February 21, 2020 status report, on February 26, 2020 Defendant responded to Plaintiff's list of disputed exemptions by identifying categories of withholdings it believed the parties could reach an agreement on. The parties are unable to reach an agreement on these exemptions.

**Plaintiff's Proposed Briefing Schedule**:

Plaintiff respectfully propose that the Court enter the following summary judgment briefing schedule:

a. March 13, 2020:   DOJ to provide a formal *Vaughn* Index.

b. March 27, 2020:   Plaintiffs' Motion for Summary Judgment Opening Brief due.

    c.    April 17, 2020:    Defendant's Opposition and Cross Motion for Summary Judgment due.

    d.    May 1, 2020:    Plaintiffs' Opposition and Reply due.

    e.    May 8, 2020:    DOJ's Reply due.

    f.    May 22, 2020:    Hearing on Cross Motions for Summary Judgment (9:30 a.m.)

**<u>Defendant's Proposed Briefing Schedule</u>**:

Plaintiff's efforts to compel the preparation of a *Vaughn* Index by the Defendant prior to the filing of Defendant's motion for summary judgment should be denied.  First, the FOIA does not require that a *Vaughn* Index be prepared before a summary judgment motion is filed.  And second, Defendant's procedures include the comprehensive preparation of an index, along with a declaration, which are filed in support of the dispositive motion.  The *Vaughn* Index and declaration are intended to be read in tandem, as together they present a comprehensive accounting of the agency's response to the FOIA request, and any withholdings made pursuant to the FOIA.  Moreover, as agencies bear the burden of establishing the administrative record and defending withholdings made pursuant to the FOIA, it is standard practice for agency-defendants to move first at the summary judgement stage.  "FOIA places upon the agency the burden of proving that it has a proper basis for withholding responsive documents." *Judicial Watch v. U.S. Dept. of Health and Human Services*, 27 F.Supp.2d 240, 242 (D.D.C. 1998).

Because Defendant will be presenting a comprehensive accounting of not only the FOIA Exemptions asserted, but the specific basis for those assertions and a description of the documents and withholdings in context, Defendant maintains that the adjudication of the matters remaining before the court would be much more efficient if Defendant files its motion for summary judgment, with its supporting declaration and *Vaughn* Index, first.  Although there is no need for a cross-motion; Defendant's schedule streamlines and shortens the briefing schedule.

Therefore, Defendant respectfully proposes that the Court enter the following summary judgment briefing schedule:

a. March 31, 2020: Defendant's Motion for Summary Judgment Opening Brief with supporting *Vaughn* Index and Declaration due.

b. April 1, 2020: Plaintiff's Opposition and Cross Motion for Summary Judgment due;

c. May 1, 2020: Defendant's' Reply and Opposition to Cross Motion for Summary Judgment due;

d. May 15, 2020: Plaintiff's Reply to Opposition to Cross Motion.

Dated: February 28, 2019

By: /s/ Yakov P. Weigmann
YAKOV P. WIEGMANN
RILEY SAFER HOLMES & CANCILA LLP
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Tel: (415) 275-8550
Fax: (415) 275-8551
E-mail: ywiegmann@rshc-law.com
Counsel for Plaintiff A.B.

Respectfully submitted,

JESSIE K. LIU
D.C. BAR # 472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

By: /s/*John C. Truong*
JOHN C. TRUONG
D.C. BAR #465901
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2524
Fax: (202) 252-2599
E-mail: John.Truong@usdoj.gov
Counsel for Defendant